**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gregory George RUTLEDGE,
Defendant–Appellant.**

No. 15–7365.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 14, 2016.

Decided: Jan. 20, 2016.

Gregory George Rutledge, Appellant Pro Se. Jack Hanly, Assistant United States Attorney, Alexandria, Virginia, for Appellant.

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory George Rutledge appeals the district court's order denying his motion to terminate his supervised release judge-

ment under 18 U.S.C. § 3583(e)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Rutledge*, No. 1:04–cr–00321–LMB–1 (E.D.Va. filed Aug. 12 & entered Aug. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*